Before the Second Division, November 20, 1967

No. P67/407.—National Silver Co. v. United States, protest 62/7528 (Los Angeles).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of battery-operated mixers similar in all material respects to the food mixers the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (53 Cust. Ct. 231, Abstract 68674), the claim of the plaintiff was sustained.

Before The First Division, November 22, 1967

No. P67/408.—F. W. Myers & Co., Inc. v. United States, protest 66/31518 (Ogdensburg).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of horsehair similar in all material respects to that the subject of *B. Feder* v. *United States* (58 Cust. Ct. 223, C.D. 2946), the claim of the plaintiff was sustained.

No. P67/409.—Gallagher & Ascher Company et al. v. United States, protests 63/3361–13310, etc. (Chicago).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Christmas light strings similar in all material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (57 Cust. Ct. 348, C.D. 2813), the claim of the plaintiffs was sustained.